# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR TAGLE, SR.,
Appellant,
vs.
THE STATE OF NEVADA; C. ROWLY;
CALDWELL; AND C. W. DUGAN,
Respondents.

No. 80340

**FILED**

FEB 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Appellant appears to challenge proceedings that occurred on December 10, 2019. The oral rulings made during proceedings are ineffective and cannot be appealed. *See State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

---

[1]Given this dismissal, this court takes no action in regard to the documents filed on January 17 and 21, 2020.

20-04787

cc: Hon. Stefany Miley, District Judge
Victor Tagle, Sr.
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk